FILED
DEC - 7 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. **4:22-CR-697-JAR/SPM** |
| ) | |
| MAURICE MOORE, ) | |
| ) | |
| Defendant, ) | |

### ORDER

It appearing to the Court that the following defendant, to wit,

**MAURICE MOORE,**

has been indicted by the grand jury, and that the defendant has not yet been taken into custody, nor has the defendant yet given bail for the defendant's final appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody or has given bail for the defendant's final appearance.

_____
UNITED STATES DISTRICT JUDGE

Dated this 7th day of December, 2022.